IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID SANDERS     PETITIONER

v.     No. 1:16CV142-GHD-RP

ITAWAMBA COUNTY,
STATE OF MISSISSIPPI     RESPONDENTS

### FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment issued today, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 7th day of March, 2018.

_____
SENIOR JUDGE